UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JASON CHEN,<br><br>        Plaintiff,<br><br>   v.<br><br>PIONEER OIL, LLC; TAD BUTT; BRYAN STROMBERG; DENHAN ENTERPRISES, INC.; MATRIX SUPPLY & DISTRIBUTION LIMITED; TRADEGROUP ASIA LIMITED; KEVIN SANTOS-BUCH; and DOES 1 through 20, inclusive,<br><br>        Defendants. | NO.  2:20-cv-01437 WBS KJN |

----oo0oo----

On November 23, 2020, the court held a Status (Pretrial Scheduling) Conference in this matter. (See Docket No. 42.)  For the reasons discussed at the hearing, plaintiff shall request entry of default as to defendants Matrix Supply & Distribution Limited ("MSD") and Tradegroup Asia Limited ("TGA") no later than December 7, 2020.  A further status conference is set for

1

December 14, 2020, at 1:30 p.m.  Plaintiff shall file a Status Report on or before December 11, 2020, setting forth status of the action as against defendants MSD, TGA, and Kevin Santos-Buch.

IT IS SO ORDERED.

Dated:  November 23, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE