```
RICHARD A. ERGO (#110487)
B. CHRISTINE PARK (#234689)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email:  rergo@bowlesverna.com
        bcpark@bowlesverna.com

Attorneys for Plaintiff
Jason Chen
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CHEN,<br><br>    Plaintiff,<br><br>v.<br><br>PIONEER OIL, LLC, TAD BUTT, BRYAN STROMBERG, DENHAN ENTERPRISES, INC., MATRIX SUPPLY & DISTRIBUTION LIMITED, TRADEGROUP ASIA LIMITED, KEVIN SANTOS-BUCH, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-01437-WBS-KJN<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Jason Chen and Defendants Pioneer Oil, LLC; Tad Butt; Bryan Stromberg; DenHan Enterprises, Inc.; Matrix Supply & Distribution Limited; Tradegroup Asia Limited; and Kevin Santos-Buch, the parties to this action, that the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorney's fees and costs.

//

//

//

//

//

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

1

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

```
Dated: February 25, 2021            BOWLES & VERNA LLP


                                    By:    /s/ Richard A. Ergo
                                        Richard A. Ergo
                                        B. Christine Park
                                        Attorneys for Plaintiff Jason Chen



Dated: February 26, 2021            LEWIS BRISBOIS BISGAARD & SMITH LLP


                                    By: /s Robert I. Lockwood
                                        Robert I. Lockwood
                                        Mana Ettefagh
                                        Attorneys for Defendants Pioneer
                                        Oil, LLC; Tad Butt; Bryan
                                        Stromberg; DenHan Enterprises,
                                        Inc.; Matrix Supply & Distribution
                                        Limited; Tradegroup Asia Limited;
                                        and Kevin Santos-Buch
```

### ORDER OF DISMISSAL

Based on the joint stipulation of the parties and good cause appearing, this Court orders that the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 8, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

2
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER